UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDDIE ROBINSON,

                Plaintiff,

-against-

THE DIVISION OF PAROLE, et al.,

                Defendants.

20-CV-5470 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued March 23, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915A(b)(1), (2).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 23, 2021
           New York, New York

                                                    _Louis L. Stanton_
                                                       Louis L. Stanton
                                                          U.S.D.J.